BROOKLYN EASTERN DISTRICT TERMINAL, Respondent,
   *v.* THE CENTRAL RAILROAD COMPANY OF NEW JERSEY,
   Appellant.

*Brooklyn E. D. Terminal* v. *Central R. R. Co. of New Jersey,* 176
App. Div. 352, affirmed.

(Argued January 27, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 29, 1917, in favor of plaintiff upon the
submission of a controversy under section 1279 of the
Code of Civil Procedure. The plaintiff operates a
union freight terminal station in Brooklyn, N. Y.
The defendant is one of the trunk line railroads that
avails itself of the terminal's facilities under a contract
in writing, which sets forth all the rights and obligations
of the parties. The controversy arose because a carload
of hay shipped over the railroad's lines and consigned to
one F. Williams at the terminal, was refused and not
removed by the consignee. The hay was unloaded into
the plaintiff's warehouses and, in compliance with the
New York statute governing the disposal of refused and
unclaimed freight, was stored for one year and thereafter
sold at public auction (L. 1909, ch. 25, § 282). The plain-
tiff contended that the services rendered by it were ren-
dered to the railroad and were outside the contract. The
railroad insisted that such services as were rendered to
it by the plaintiff were expressly covered by the contract
and that if further or additional compensation is or was
due the plaintiff it is due from the consignee or owner of
the hay and not from the railroad.

*Neil P. Cullom, Arthur W. Rinke* and *Jackson E.
Reynolds* for appellant.

*H. B. Closson* for respondent.

Judgment affirmed, with costs; no opinion

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.